THE PEOPLE OF THE STATE OF NEW YORK ex rel. 136 EAST 36TH STREET CORPORATION, Respondent, v. HENRY M. GOLDFOGLE and Others, as Commissioners of Taxes and Assessments of the City of New York, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements   No opinion.   Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.